Argued September 18, affirmed September 18, 1972

STATE OF OREGON, *Respondent, v.* JEFFREY
ALLAN STEWART (No. 1097), *Appellant.*

500 P2d 1062

*J. Marvin Kuhn,* Deputy Public Defender, Salem,
argued the cause for appellant. With him on the brief
was Gary D. Babcock, Public Defender, Salem.

*J. David Coughlin,* Deputy District Attorney,
Baker, argued the cause and filed the brief for re-
spondent.

Before Schwab, Chief Judge, and Langtry and
Fort, Judges.

Affirmed from the bench.